■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARIN W. YORK, Appellant. [955 NYS2d 533]

Upon this Court's independent review of the record, we conclude that there are potentially nonfrivolous issues in this

case, including, but not necessarily limited to, the legality of the sentence imposed (*see* Penal Law § 60.01 [2] [d]). Accordingly, assignment of new counsel is warranted (*see generally Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252, 254-261 [2011]). Angiolillo, J.P., Balkin, Austin and Miller, JJ., concur.